IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

**Jane Doe**,

    Plaintiff,

v.

**St. Paul's School**

    Defendant.

Case No.

## Plaintiff's Motion for Leave to Proceed Under Pseudonym

Plaintiff, by and through her undersigned counsel, respectfully moves this Court for leave to proceed under a pseudonym to protect her identity in the above-captioned action, which involves sexual abuse and harassment perpetrated upon her when she was a minor. The precise factual and legal basis for this Motion is set forth in the attached Memorandum in Support.

                                              Respectfully submitted,

Date:  May 11, 2018                        /s/ Charles G. Douglas, III
                                              Charles G. Douglas, III (NH Bar #669)
                                              DOUGLAS, LEONARD & GARVEY, P.C.
                                              14 South Street, Suite 5
                                              Concord, NH 03301
                                              Phone: (603) 224-1988
                                              Fax: (603) 229-1988
                                              chuck@nhlawoffice.com

                                              and

                                              /s/ Steven J. Kelly
                                              Steven J. Kelly (MD Bar #27386)
                                              (*pro hac vice* forthcoming)
                                              /s/ Deborah K. Marcuse
                                              Deborah K. Marcuse (NY Bar #4799649)
                                              (*pro hac vice* forthcoming)
                                              SANFORD HEISLER SHARP, LLP
                                              400 East Pratt Street, 8th Floor
                                              Baltimore, MD 21202
                                              Phone: (410) 834-7420
                                              Fax: (410) 834-7425
                                              skelly@sanfordheisler.com
                                              dmarcuse@sanfordheisler.com
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify on this 11th day of May, 2018, a copy of the foregoing Motion to Proceed Anonymously, Memorandum in Support thereof, and Proposed Order will be served on Defendant along with the Complaint initiating this action.

                                              /s/ Charles G. Douglas, III
                                              Charles G. Douglas, III