IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Jane Doe**, <br><br> Plaintiff, <br><br> v. <br><br> **St. Paul's School,** <br><br> Defendant. | Case No. |

[PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to Proceed Under Pseudonym and for good cause shown therein, it is hereby:

**ORDERED** that Plaintiff's Motion for Leave to Proceed Under Pseudonyms is **GRANTED**; and

**ORDERED** that Plaintiff may proceed under the pseudonyms "Jane Doe" and/or "J.D."

So Ordered.

_____
United States District Judge
U.S. District Court for the
District of New Hampshire