UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Jane Doe</u>

   v.                                        Case No. 18-cv-390-AJ

<u>St. Paul's School</u>

## <u>O R D E R</u>

I recuse myself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

*[signature]*
Andrea K. Johnstone
United States Magistrate Judge

May 15, 2018

cc: Steven J. Kelly, Esq.
     Deborah K. Marcuse, Esq.
     Charles G. Douglas, III, Esq.