UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Jane Doe,
      Plaintiff

      v.                                 Case No. 18-cv-390-SM

St. Paul's School,
      Defendant

### ORDER OF RECUSAL

    I recuse myself from presiding over this case.  The case shall be assigned to another judge.


    **SO ORDERED.**

                                     _____
                                     Steven J. McAuliffe
                                     United States District Judge

May 18, 2018

cc:  Steven J. Kelly, Esq.
     Deborah K. Marcuse, Esq.
     Charles G. Douglas, III, Esq.