IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE
(Southern Division)

| | | |
|---|---|---|
| **JANE DOE,**<br>c/o<br>Charles G. Douglas, III, Esq.<br>14 South Street, Suite 5<br>Concord, New Hampshire 03301<br><br>*Plaintiff*,<br><br>v.<br><br>**ST. PAUL'S SCHOOL,**<br>325 Pleasant Street<br>Concord, New Hampshire 03301<br><br>*Defendant*. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 1:18-cv-00390 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF STEVEN J. KELLY
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Steven Jonathan Kelly, hereby declare:

1. My office address and telephone numbers are:

   Sanford Heisler Sharp, 400 East Pratt Street, 8th Floor, Baltimore, Maryland 21202; 410-834-7416 (direct), 410-834-7420 (office), 410-834-7425 (facsimile)

2. I have been admitted to the following bars and courts:

   State of Maryland (December 19, 2003)
   United States District Court for the District of Maryland (March 12, 2004)
   United States Court of Appeals for the Fourth Circuit (June 27, 2005)
   United States Supreme Court (December 2, 2013)
   District of Columbia (July 1, 2014)
   United States District Court for the District of Columbia (September 8, 2014)
   United States Court of Appeals for the District of Columbia Circuit (August 18, 2015)

3. I am currently in good standing with all bars and courts in which I am admitted.

4. I have no previously imposed or pending disciplinary matters or sanctions, and I have no prior felony or misdemeanor criminal convictions.

5. I have never been denied *pro hac vice* status in any court nor has my *pro hac vice* status in any court been suspended or revoked.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed this 5th day of June 2018.

/s/ Steven Kelly
Steven J. Kelly

Subscribed and sworn to before me this 5 day of June 2018.

/s/ Diane Mohn
Notary Public

DIANE M MOHN
Notary Public-Maryland
Baltimore County
My Commission Expires
July 10, 2019

5