IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE
(Southern Division)

| | | |
|---|---|---|
| **JANE DOE,** <br> c/o <br> Charles G. Douglas, III, Esq. <br> 14 South Street, Suite 5 <br> Concord, New Hampshire 03301 <br><br> *Plaintiff*, <br><br> v. <br><br> **ST. PAUL'S SCHOOL,** <br> 325 Pleasant Street <br> Concord, New Hampshire 03301 <br><br> *Defendant*. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Case No. 1:18-cv-00390 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT OF DEBORAH K. MARCUSE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Deborah Kristine Marcuse, hereby declare:

1. My office address and telephone numbers are:

   Sanford Heisler Sharp, 400 East Pratt Street, 8th Floor, Baltimore, Maryland 21202; 410-834-7415 (direct), 410-834-7420 (office), 410-834-7425 (facsimile)

2. I have been admitted to the following bars and courts:

   State of Connecticut (2008)
   State of New York (2010)
   District of Columbia (2010)
   State of Pennsylvania (2016)
   United States District Court for the Eastern District of New York (2011)
   United States District Court for the Southern District of New York (2011)
   United States District Court for the District of Connecticut (2015)
   United States District Court for the Western District of Pennsylvania (2016)
   United States Court of Appeals for the Second Circuit (2014)
   United States Supreme Court (2014)

3. I am currently in good standing with all bars and courts in which I am admitted.

4. I have no previously imposed or pending disciplinary matters or sanctions, and I have no prior felony or misdemeanor criminal convictions.

5. I have never been denied *pro hac vice* status in any court nor has my *pro hac vice* status in any court been suspended or revoked.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed this 5th day of June 2018.

/s/ Deborah Marcuse
Deborah K. Marcuse

Subscribed and sworn to before me this 5 day of June 2018.

/s/ Diane Mohn
Notary Public

DIANE M MOHN
Notary Public-Maryland
Baltimore County
My Commission Expires
July 10, 2019