IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE
(Southern Division)

| | | |
|---|---|---|
| JANE DOE,<br>c/o<br>Charles G. Douglas, III, Esq.<br>14 South Street, Suite 5<br>Concord, New Hampshire 03301<br><br>*Plaintiff*,<br><br>v.<br><br>ST. PAUL'S SCHOOL,<br>325 Pleasant Street<br>Concord, New Hampshire 03301<br><br>*Defendant*. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 1:18-cv-00390 |

* * * * * * * * * * * * * *

**AFFIDAVIT OF MEREDITH FIRETOG
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Meredith Firetog, hereby declare:

1. My office address and telephone numbers are:

   Sanford Heisler Sharp, 1350 Avenue of the Americas, 31st Floor, New York, New York 10019; 646-768-7057 (direct), 646-402-5650 (office), 646-402-5651 (facsimile)

2. I have been admitted to the following bar and courts:

   State of New York (2015)
   United States District Court for the Eastern District of New York (2016)
   United States District Court for the Southern District of New York (2016)

3. I am currently in good standing with all bars and courts in which I am admitted.

4. I have no previously imposed or pending disciplinary matters or sanctions, and I have no prior felony or misdemeanor criminal convictions.

4

5. I have never been denied *pro hac vice* status in any court nor has my *pro hac vice* status in any court been suspended or revoked.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed this 1st day of June 2018.

/s/Meredith Firetog
Meredith Firetog

Subscribed and sworn to before me this 1st day of June 2018.

/s/Inayat Hemani
Notary Public

INAYAT ALI IQBAL HEMANI
Notary Public, State of New York
No. 02HE6335969
Qualified in Queens County
Commission Expires Jan. 25, 2020