UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| JANE DOE | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:18-cv-00390-PB |
| | ) | |
| v. | ) | |
| | ) | |
| ST. PAUL'S SCHOOL, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO THE COMPLAINT**

WHEREAS Plaintiff Jane Doe filed her complaint in this case on May 11, 2018. Dkt. 1.

WHEREAS Jane Doe requested on May 22, 2018 that Defendant St. Paul's School waive service. Dkt. 8.

WHEREAS St. Paul's School filed a waiver of service on June 18, 2018. Dkt. 12.

WHEREAS St. Paul's School's response to the complaint is currently due on or before July 23, 2018. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii).

WHEREAS the parties agree that good cause for a limited extension of time to respond to the complaint exists at this early stage of the case. *See* Fed. R. Civ. P. 6(b)(1)(A).

NOW, THEREFORE, Plaintiff and Defendant AGREE AND STIPULATE that:

1. The time for a response to the complaint is **EXTENDED**.

2. Defendant St. Paul's School shall respond to the complaint on or before **AUGUST 13, 2018**.

Dated:  July 23, 2018 ST. PAUL'S SCHOOL

By its attorneys,

By: */s/ Michael J. Connolly*
Michel J. Connolly (NH Bar No. 14371)
HINKLEY ALLEN
28 State Street
Boston, MA 02109
(617) 345-9000
mconnolly@hinckleyallen.com


Dated:  July 23, 2018 JANE DOE

By her attorneys,

By: */s/ Charles G. Douglas, III*
Charles G. Douglas, III (NH Bar. No. 669)
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
chuck@nhlawoffice.com

Steven J. Kelly (*pro hac vice*)
Deborah K. Marcuse (*pro hac vice*)
SANFORD HEISLER SHARP LLP
400 East Pratt St, 8th Fl
Baltimore, MD 21202
(410) 834-7420
skelly@sanfordheisler.com
dmarcuse@sanfordheisler.com

Meredith Firetog
SANFORD HEISLER SHARP LLP
1350 Avenue of the Americas
31st Fl
New York, NY 10019
(646) 402-5650
mfiretog@sanfordheisler.com

2

**IT IS SO ORDERED**.

Dated: _____                                  _____
                                                        THE HONORABLE PAUL J. BARBADORO
                                                        UNITED STATES DISTRICT JUDGE
                                                        DISTRICT OF NEW HAMPSHIRE

**Certificate of Service**

I certify that, on July 23, 2018, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

                                                          */s/ Michael J. Connolly*