UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JANE DOE )<br><br>Plaintiff, )<br><br>v. )<br><br>ST. PAUL'S SCHOOL, )<br><br>Defendant. )<br> ) | Civil Action No. 1:18-cv-00390-PB |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME TO RESPOND TO THE COMPLAINT**

WHEREAS Plaintiff Jane Doe filed her complaint in this case on May 11, 2018.  Dkt. 1.

WHEREAS Jane Doe requested on May 22, 2018 that Defendant St. Paul's School waive

service.  Dkt. 8.

WHEREAS St. Paul's School filed a waiver of service on June 18, 2018.  Dkt. 12.

WHEREAS St. Paul's School's response to the complaint is currently due on or before

July 23, 2018.  *See* Fed. R. Civ. P. 12(a)(1)(A)(ii).

WHEREAS the parties agree that good cause for a limited extension of time to respond to

the complaint exists at this early stage of the case.  *See* Fed. R. Civ. P. 6(b)(1)(A).

NOW, THEREFORE, Plaintiff and Defendant AGREE AND STIPULATE that:

1.     The time for a response to the complaint is **EXTENDED**.

2.     Defendant St. Paul's School shall respond to the complaint on or before

**AUGUST 13, 2018**.

Dated:  July 23, 2018                          ST. PAUL'S SCHOOL

                                               By its attorneys,

                                  By:    /s/ Michael J. Connolly
                                         Michel J. Connolly (NH Bar No. 14371)
                                         HINKLEY ALLEN
                                         28 State Street
                                         Boston, MA 02109
                                         (617) 345-9000
                                         mconnolly@hinckleyallen.com


Dated:  July 23, 2018                          JANE DOE

                                               By her attorneys,

                                  By:    /s/ Charles G. Douglas, III
                                         Charles G. Douglas, III (NH Bar. No. 669)
                                         DOUGLAS, LEONARD & GARVEY, P.C.
                                         14 South Street, Suite 5
                                         Concord, NH 03301
                                         (603) 224-1988
                                         chuck@nhlawoffice.com

                                         Steven J. Kelly (*pro hac vice*)
                                         Deborah K. Marcuse (*pro hac vice*)
                                         SANFORD HEISLER SHARP LLP
                                         400 East Pratt St, 8th Fl
                                         Baltimore, MD 21202
                                         (410) 834-7420
                                         skelly@sanfordheisler.com
                                         dmarcuse@sanfordheisler.com

                                         Meredith Firetog
                                         SANFORD HEISLER SHARP LLP
                                         1350 Avenue of the Americas
                                         31st Fl
                                         New York, NY 10019
                                         (646) 402-5650
                                         mfiretog@sanfordheisler.com

**IT IS SO ORDERED**.


Dated: _____

                                              _____
THE HONORABLE PAUL J. BARBADORO
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEW HAMPSHIRE

**Certificate of Service**

I certify that, on July 23, 2018, I served the foregoing via ECF electronic transmission in accordance with the Court's Administrative Procedures for ECF to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants, if any.

*/s/ Michael J. Connolly*