UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JANE DOE ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:18-cv-00390-PB |
| ) | |
| v. ) | |
| ) | |
| ST. PAUL'S SCHOOL, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Defendant St. Paul's School ("St. Paul's") respectfully files this assented-to motion to extend by two weeks, to August 27, 2018, the time for its response to Plaintiff Jane Doe's Complaint.

1. Plaintiff filed her complaint in this case on May 11, 2018.  Dkt. 1.

2. Plaintiff requested on May 22, 2018 that St. Paul's waive service.  Dkt. 8.

3. St. Paul's filed a waiver of service on June 18, 2018.  Dkt. 12.

4. The Court previously approved the parties' agreement to extend, from July 23 to August 13, the time for St. Paul's response to Plaintiff's Complaint.  Dkt. 14.

5. St. Paul's School respectfully submits that, at this early stage of the case, good cause exists to extend by an additional two weeks, to August 27, 2018, the time for its response. *See* Fed. R. Civ. P. 6(b)(1)(A).

6. Counsel for the parties have conferred, and Plaintiff assents to this motion.

7. Pursuant to Local Rule 7.1(a)(2), counsel submits that no supporting memorandum of law is necessary in order for the Court to rule on this motion.

8.  Pursuant to Local Rule 7.2(a), counsel further submits that this continuance would not result in the continuance of any other hearing, conference, or trial.

WHEREFORE, St. Paul's respectfully requests that this Honorable Court issue an Order:

A.  Extending by two weeks, to August 27, 2018, the time for St. Paul's response to Plaintiff Jane Doe's Complaint; and

B.  Granting such other relief as is just and proper.

Respectfully submitted,

ST. PAUL'S SCHOOL

By its attorneys,

Dated:  August 13, 2018

*/s/ Michael J. Connolly*
Michael J. Connolly, Esq. (#14371)
Hinckley, Allen & Snyder LLP
650 Elm Street
Manchester, NH 03101
Ph. (603) 225-4334
mconnolly@hinckleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2018, I served a copy of the foregoing by filing the document through the ECF System to all parties of record.

*/s/ Michael J. Connolly*
Michael J. Connolly

#57971036