# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JANE DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. PAUL'S SCHOOL, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:18-cv-00390-PB |

## ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF ELYSE D. ECHTMAN

Defendant St. Paul's School ("SPS") respectfully moves pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, to allow Elyse D. Echtman, Esquire, to appear on its behalf with undersigned counsel in the above-captioned matter.

1. Attorney Echtman is partner at the law firm Orrick, Herrington & Sutcliffe LLP, which represents SPS in the above-captioned action. Attorney Echtman's practice is based in Orrick's office located at 51 West 52nd Street, New York, New York 10019-6142.

2. Attorney Echtman is a member in good standing of the Bar of the State of New York, as well as a number of federal court bars.

3. Attorney Echtman has never had admission *pro hac vice* denied or revoked, and she has never been the subject of any previously imposed or pending disciplinary matters in any jurisdiction.

4. Attorney Echtman has never been the subject of any felony or misdemeanor criminal convictions.

5. The Affidavit of Attorney Echtman certifying the foregoing is attached hereto as Exhibit A.

6. Undersigned counsel will remain actively associated with Attorney Echtman in this matter. Undersigned counsel, an attorney with Hinckley, Allen & Snyder LLP, 650 Elm Street, Manchester, New Hampshire, is an active member in good standing of the Bar of the United States District Court for the District of New Hampshire, Bar Number 14371.

7. Plaintiff, through counsel, assents to the relief requested herein.

8. No memorandum of law is submitted herewith as the relief requested rests within the sound discretion of the Court. L.R. 7.1(a)(2).

WHEREFORE, SPS respectfully requests that the Court issue an Order:

    A. Granting this Motion to allow Elyse D. Echtman to appear and practice *pro hac vice*; and

    B. Granting such other relief as is just and proper.

Respectfully submitted,

ST. PAUL'S SCHOOL

By its attorneys,

Dated: August 28, 2018

*/s/ Michael J. Connolly*
Michael J. Connolly, Esq. (#14371)
Hinckley, Allen & Snyder LLP
650 Elm Street
Manchester, NH 03101
Ph. (603) 225-4334
mconnolly@hinckleyallen.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of August, 2018, I served a copy of the foregoing by filing the document through the ECF System to all parties of record.

                                                    */s/ Michael J. Connolly*
                                                    Michael J. Connolly

#58061373