# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. PAUL'S SCHOOL,<br><br>    Defendant. | Civil Action No. 1:18-cv-00390-PB |

## AFFIDAVIT OF ELYSE D. ECHTMAN IN SUPPORT OF
## MOTION FOR *PRO HAC VICE* ADMISSION

I, Elyse D. Echtman, having been duly sworn, state and affirm as follows:

1. My full name is Elyse D. Echtman. I submit this Affidavit in support of a motion that I be permitted to appear *pro hac vice* on behalf of Defendant St. Paul's School in the above matter.

2. I am a partner at the law firm Orrick, Herrington & Sutcliffe LLP. My practice is based in Orrick's office located at 51 West 52nd Street, New York, New York 10019-6142. My telephone number is (212) 506-3753, and my email address is eechtman@orrick.com.

3. I am a member in good standing and eligible to practice in the following bars:

| Bar | Admission Date |
|---|---|
| State of New York | June 8, 1994 |
| Supreme Court of the United States | March 2, 1999 |
| United States Tax Court | December 12, 1997 |
| Second Circuit Court of Appeals | December 29, 1997 |
| Seventh Circuit Court of Appeals | December 30, 2010 |

| | |
|---|---|
| Ninth Circuit Court of Appeals | November 15, 2012 |
| Fourth Circuit Court of Appeals | May 3, 2018 |
| Eastern District of New York, U.S.D.C. | August 2, 1994 |
| Southern District of New York, U.S.D.C. | August 2, 1994 |
| Western District of New York, U.S.D.C. | December 29, 2008 |
| Eastern District of Wisconsin, U.S.D.C. | May 30, 2007 |
| Western District of Tennessee, U.S.D.C. | September 22, 2009 |
| District of Colorado, U.S.D.C. | May 30, 2013 |
| Central District of Illinois, U.S.D.C. | March 31, 2015 |

4.     I certify that I have not been suspended or disbarred in any jurisdiction.  I further certify that I have not been the subject of any previously imposed or pending disciplinary matters in any jurisdiction.

5.     I have not been the subject of any felony or misdemeanor criminal convictions.

6.     I have never had admission *pro hac vice* denied or revoked by any court to which I have sought admission.

3

Signed and sworn under the pains and penalties of perjury this 28th day of August 2018, in New York, New York.

                                                  */s/ Elyse D. Echtman*
                                                  Elyse D. Echtman, Esq.

Then personally appeared before the undersigned officer, Elyse D. Echtman, Esquire, who made oath that the facts recited in the foregoing affidavit are true to the best of her knowledge and belief.

                                                  */s/ John Ansbro*
                                                  Notary Public, State of New York
                                                  No. 02AN5075058
                                                  Qualified in New York County
                                                  Commission Expires March 24, 2019