UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jane Doe
_____
Plaintiff(s)/United States


            v.                          Case No.   1:18-cv-00390-PB
                                                   _____

St. Paul's School
_____
Defendant(s)


**NOTICE OF CHANGE OF ADDRESS**

    Please take notice that  Jane Doe, Plaintiff
                            _____
has changed the following information contained in the original ECF Registration Form:

 Deborah Marcuse, Sanford Heisler Sharp, 111 S. Calvert St, Ste 1950, Baltimore, MD 21202,
 (410) 834-7420

Date: 12/19/2018                    /s/ Deborah K. Marcuse
      _____             _____
                                     Deborah K. Marcuse
                                     pro hac vice, NY Bar #4799649
                                     Sanford Heisler Sharp, LLP
                                     111 South Calvert Street, Suite 1950
                                     Baltimore, MD 21202
                                     (410) 834-7420
                                     dmarcuse@sanfordheisler.com

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Elyse D. Echtman, Esq. and Michael J. Connolly, Esq.

Conventionally Served:

[Name and Address of Non-Filing Users]

Date: 12/19/2018

/s/ Deborah K. Marcuse

Deborah K. Marcuse

pro hac vice, NY Bar #4799649

Sanford Heisler Sharp, LLP

111 South Calvert Street, Suite 1950

Baltimore, MD 21202

(410) 834-7420

dmarcuse@sanfordheisler.com