**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **JANE DOE,** | * |
| *Plaintiff,* | * |
| | Case No. 1:18-cv-00390-PB |
| v. | * |
| **ST. PAUL'S SCHOOL,** | * |
| *Defendant.* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF VOLUNARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant St. Paul's School.

Respectfully submitted,

Date:  January 7, 2019

/s/ Charles G. Douglas, III
Charles G. Douglas, III (NH Bar. No.669)
DOUGLAS, LEONARD & GARVEY,P.C.
14 South Street, Suite 5
Concord, NH 03301
Phone: (603) 224-1988
Fax: (603) 229-1988
chuck@nhlawoffice.com

Steven J. Kelly (*pro hac vice*)
Deborah K. Marcuse (*pro hac vice*)
SANFORD HEISLER SHARP, LLP
400 East Pratt Street, 8th Floor
Baltimore, MD 21202
Phone: (410) 834-7420
Fax: (410) 834-7425
skelly@sanfordheisler.com
dmarcuse@sanfordheisler.com

1

Meredith Firetog (*pro hac vice*)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10010
Phone: (646) 402-5650
Fax: (646) 402-5651
mfiretog@sanfordheisler.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served via ECF to all counsel of record on this 7th day of January 2019.

*/s/ Charles G. Douglas, III*
Charles G. Douglas, III